IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID M. GRIGGS | : | CIVIL ACTION |
| v. | : | |
| ACTING WARDEN SAUER, LSCI ALLENWOOD, et al. | : | NO. 11-3573 |

## ORDER

ROBERT F. KELLY, S.J.,

AND NOW, this 19th day of March, 2012, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY, S.J.